# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAKISHA G. WESSINGER, ET AL                    NO.   2025 CW 0645

VERSUS

ABC INSURANCE COMPANY, ET AL          **SEPTEMBER 08, 2025**

---

In Re:     Fair American Select Insurance Company, applying for
           supervisory writs, 19th Judicial District Court, Parish
           of East Baton Rouge, No. 699062.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                          **WIL**
                          **EW**
                          **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT